

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019

No. 04-18-00631-CR

Bruno Lewis **TOVAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2662-CR-B
Daniel H. Mills, Judge Presiding

## O R D E R

Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to May 13, 2019. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court